**Order filed, December 08, 2015.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-15-00837-CR

—————————

**RONNEY EARL WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1476283**

---

## ORDER

The reporter's record in this case was due **November 13, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Arlene Webb**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM